**FILED**

NOTICE BY PUBLICATION

2010 JAN 14 AM 9: 47

United States District Court, Middle District of Florida, Tampa Division
Case No.: 8:09-cv-01129-T-24MAP

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation, Plaintiff, vs. EMERALD STAR CASINO & RESORTS, INC., a Nevada corporation, BONNIE L. CATO, BRUCE E. CORRIGAN and TINA J. CORRIGAN, Defendants.

Requested by: Michael S. Rywant, Esquire & Kerry C. McGuinn, Jr., Esquire, Rywant, Alvarez, Jones, Russo & Guyton, P.A., 109 North Brush Street, Suite 500, Tampa, Florida, 33602, United States; Phone: (813)-229-7007; Fax (813)-223-6544.

To: (1) EMERALD STAR CASINO & RESORTS, INC., a Nevada Corporation that lists its registered agent and principle address with the Florida Department of State, Division of Corporations as follows: Registered Agent Charles Cato, 8285 30TH Avenue N, St. Petersburg, Florida 33710; and (2) BONNIE L. CATO, a natural Defendant whose last known address in Florida was 8285 30TH Avenue N, St. Petersburg, Florida 33710.

Nature of the Action or Proceeding: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer to the Complaint, or a responsive pleading pursuant to Rule 12 of the Federal Rules of Civil Procedure, with the Clerk of the U.S. District Court for the Middle District of Florida, Tampa Division, Sam M. Gibbons U.S. Courthouse, 801 North Florida Ave., Tampa, Florida 33602; (813)-301-5400, and serve a copy on plaintiff's counsel, on or before 60 days after the first date of publication of this Notice, a default judgment may be taken against you.

The Complaint is a Declaratory Judgment action which seeks a declaration from the Court that plaintiff has no duty to defend or indemnify Bonnie L. Cato, and Emerald Star Casino & Resorts, Inc., for damages arising out the claims asserted against them in the underlying lawsuit brought by Bruce E. Corrigan, and Tina J. Corrigan in Case No. 09-340-CI11, in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Civil Division, whether awarded by settlement, judgment, Coblenz Agreement, stipulated judgment, and/or any other type of agreement.

The United States District Court, Middle District of Florida has authority in this suit to enter a declaratory judgment which will be binding upon you.

Issued and given under my hand and the seal of the U.S. District Court, Middle District of Florida, Tampa Division, this 14TH day of January, 2010 by Sheryl L. Loesch, Clerk of the U.S. District Court, Middle District of Florida, Tampa Division, Sam M. Gibbons U.S. Courthouse, 801 North Florida Ave., Tampa, Florida 33602