# The Times
## Published Daily
### Tampa, Hillsborough County, Florida

STATE OF FLORIDA } S.S.
COUNTIES OF HILLSBOROUGH

Before the undersigned authority personally appeared **B. Harr** who on oath says that he/she is **Legal Clerk** of the The Times, an edition of the *St. Petersburg Times* a daily newspaper published at Tampa, in Hillsborough County, Florida; that the attached copy of advertisement, being a **Legal Notice** in the matter **RE: AUTO OWNERS INC v EMERALD STAR CASINO 8:09-cv-01129-T-24MAP** was published in said newspaper in the issues of Tampa & State, 1/24/2010 1/31/2010 2/7/2010 2/14/2010.

Affiant further says the said **The Times, an edition of the St. Petersburg Times** is a newspaper published at Tampa, in said Hillsborough County, Florida: and that the said newspaper has heretofore been continuously published in said Hillsborough County, Florida:, each day and has been entered as second class mail matter at the post office in Tampa, in said Hillsborough County, Florida:, for a period of one year next preceding the first publication of the attached copy of advertisement, and affiant further says that he /she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

_B. Harr_
Signature of Affiant

Sworn to and subscribed before me
this 16th day of February A.D.2010

_Joseph F. Fish_
Signature of Notary Public

Personally known  X    or produced indentification ____

Type of indentification produced _____



JOSEPH F FISH
MY COMMISSION #DD537744
EXPIRES: JUN 23, 2010
Bonded through 1st State Insurance

---

**LEGAL NOTICE**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:09-cv-01129-T-24MAP

AUTO-OWNERS INSURANCE COMPANY,
a Michigan corporation,
Plaintiff
vs.
EMERALD STAR CASINO & RESORTS,
INC., a Nevada corporation,
BONNIE L. CATO, BRUCE E. CORRIGAN
and TINA J. CORRIGAN,
Defendants

**NOTICE BY PUBLICATION**

Requested by: Michael S. Rywant, Esquire & Kerry C. McGuinn, Jr., Esquire, Rywant, Alvarez, Jones, Russo & Guyton, P.A., 109 North Brush Street, Suite 500, Tampa, Florida 33602, United States; Phone (813) 229-7007; Fax (813) 223-6544.

To: (1) EMERALD STAR CASINO & RESORTS, INC., a Nevada Corporation that lists its registered agent and principle address with the Florida Department of State, Division of Corporations as follows: Registered Agent: Charles Cato, 8285 30th Avenue N., St. Petersburg, Florida 33710; and (2) BONNIE L. CATO, a natural Defendant whose last known address in Florida was: 8285 30th Avenue N., St. Petersburg, Florida 33710.

Nature of the Action or Proceeding: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer to the Complaint, or a responsive pleading pursuant to Rule 12 of the Federal Rules of Civil Procedure, with the Clerk of the U.S. District Court for the Middle district of Florida, Tampa Division, Sam M. Gibbons U.S. Courthouse, 801 North Florida Ave., Tampa, Florida 33602; (813) 301-5400, and serve a copy on plaintiff's counsel, on or before 60 days after the first date of publication of this Notice, a default judgment may be taken against you.

The Complaint is a declaratory judgment action which seeks a declaration from the Court that plaintiff has no duty to defend or indemnify Bonnie L. Cato, and Emerald Star Casino & Resorts, Inc., for damages arising out of the claims asserted against them in the underlying lawsuit brought by Bruce E. Corrigan, and Tina J. Corrigan in Case No. 09-340-CI-11, in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Civil Division, whether awarded by settlement, judgment, Coblenz Agreement, stipulated judgment, and/or any other type of agreement.

The United States District Court, Middle District of Florida has authority in this suit to enter a declaratory judgment which will be binding upon you.

Issued and given under my hand and the seal of the U.S. District Court, Middle District of Florida, Tampa Division, they 14th day of January, 2010 by Sharyl L. Loesch, Clerk of the U.S. District Court, Middle District of Florida, Tampa Division, Sam M. Gibbons U.S. Courthouse, 801 North Florida Ave., Tampa, Florida 33602.

1/24, 1/31, 2/7, 2/14/2010    192631-01